**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
                               )
SUZANNE SLOANE,                )
                               )
          Plaintiff,           )
                               )
v.                             )     Civil Action No.  05-1136
                               )
NRI, INCORPORATED,             )
                               )
          Defendant.           )
_____)
```

**<u>ORDER</u>**

This matter comes before the Court on Defendant's Motion to Dismiss. It appearing to the Court that Plaintiff's Complaint states a claim upon which relief can be granted, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 16, 2005